**FILED**

MAR 08 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KIMBERLY SHIPPER, P.A., § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 6:17-CV-00253-ADA |
| § | |
| THOMAS E. PRICE, M.D., § | |
| Secretary of the Department of § | |
| Health and Human Services, § | |
| *Defendant* § | |

## JUDGMENT

In accordance with the Order Accepting and Adopting Report and Recommendation (Dkt. 33), the Court enters its Judgment as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Thomas E. Price's Cross-Motion for Summary Judgment (Dkt. 25), filed November 14, 2018, is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kimberly Shipper's Motion for Summary Judgment (Dkt. 22), filed October 23, 2018, be **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that any relief not specifically granted in this Judgment is **DENIED**.

**SIGNED** this 8th day of March 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE